RECEIVED
IN MONROE, LA
APR 14 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUI[...]

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DANNY JEFFERSON | CIVIL ACTION NO. 09-0049 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA, ET AL. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff Danny Jefferson's ("Jefferson's") Motion to Recuse [Doc. No. 39]. Jefferson's sole basis for bringing the Motion is his disagreement with the prior rulings of this Court. However, "judicial rulings alone almost never constitute grounds for a bias or partiality motion." *Liteky v. United States*, 510 U.S. 540, 555 (1994). Having presented no other legitimate bases for recusal under 28 U.S.C. § 455(a), the Motion is DENIED.

MONROE, LOUISIANA, this 14th day of April, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE