UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DANNY JEFFERSON | CIVIL ACTION NO. 09-49 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LA DEPT OF PUBLIC SAFETY & CORRECTIONS, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 80], together with the written objections thereto filed with this Court [Doc. No. 89], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 72] is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's Appeal of the Magistrate Judge's Decision [Doc. No. 86] is DENIED AS MOOT.

MONROE, LOUISIANA, this 8th day of June, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE